# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| VIGNIR G. JONSSON HF, an Icelandic company,<br><br>            Plaintiff,<br><br>v.<br><br>SIS SEAFOOD, INC., a California corporation,<br><br>            Defendant. | Case No.: CV 16-3093 DMG (PLAx)<br><br>**CONSENT JUDGMENT IN FAVOR OF PLAINTIFF VIGNIR G. JONSSON HF AND AGAINST DEFENDANT SIS SEAFOOD, INC.** [33]<br><br>**[CCP SECTION 664.6]** |

   PURSUANT TO THE STIPULATION BETWEEN Plaintiff VIGNIR G. JONSSON HF ("Plaintiff") and Defendant SIS SEAFOOD, INC. ("Defendant"),

   IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiff and against Defendant in the amount of $180,000.00.

   FURTHER, pursuant to stipulation, Defendant agrees that it waives any right to challenge, appeal or seek review of this Judgment by a higher court.

DATED:  March 14, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE